[No. 14430-1-II.   Division Two.   March 19, 1993.]

THE STATE OF WASHINGTON, *Respondent*, v. JOHN
M. WALBERG, *Appellant*.

Appeal from a judgment of the Superior Court for Kitsap County, No. 90-1-00251-7, Terence Hanley, J., entered October 9, 1990. *Affirmed* by unpublished opinion per Morgan, J., concurred in by Seinfeld, A.C.J., and Petrich, J.

[No. 13258-3-II.   Division Two.   March 19, 1993.]

THE STATE OF WASHINGTON, *Respondent*, v. SHELLEY
L. MYERS, *Appellant*.

Appeal from a judgment of the Superior Court for Thurston County, No. 88-1-00497-1, Paula Casey, J., entered September 14, 1989. *Affirmed* by unpublished opinion per Petrich, J., concurred in by Morgan, J., and Worswick, J. Pro Tem.

[No. 30388-1-I.   Division One.   March 22, 1993.]

PUBLIC UTILITY DISTRICT NO. 1 OF SNOHOMISH COUNTY,
*Appellant*, v. THE TRILLIUM CORPORATION,
ET AL, *Respondents*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 90-2-06415-6, Joseph A. Thibodeau, J., entered March 17, 1992. *Affirmed* by unpublished opinion per Pekelis, A.C.J., concurred in by Coleman and Kennedy, JJ.